# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **SALVATORE M. BOMBARDIERE, SR.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**SCHLUMBERGER TECHNOLOGY CORPORATION, a Texas corporation, CONSOL ENERGY, INC., a Delaware corporation, CNX GAS COMPANY, LLC, a Virginia corporation, CNX GAS CORPORATION, a Delaware corporation, and SOS STAFFING SERVICES, INC., a Utah corporation,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>**Defendants.** )<br>)<br>) | **CASE NO.: 1:11-cv-00050  (BAILEY)** |

## DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE THE REPORT AND TESTIMONY OF RICHARD LIPSEY, PH.D.

Defendants Schlumberger Technology Corporation ("STC"), Consol Energy, Inc., CNX Gas Company, LLC, and CNX Gas Corporation ("Defendants"), through undersigned counsel, move *in limine* to exclude the report and testimony of Plaintiff's expert, Richard Lipsey, Ph.D., on the basis that his opinions are inadmissible pursuant to Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharms., Inc.,* 509 U.S. 579 (1993). In support of its motion, Defendants aver as follows:

**SCHLUMBERGER WILL PROMPTLY FILE ON MONDAY, DECEMBER 17, 2012, THE REQUISITE MOTION TO FILE UNDER SEAL SO AS TO BE ABLE TO FILE THIS MOTION AND ITS SUPPORTING MEMORANDUM OF LAW. SCHLUMBERGER HEREBY RESERVES ANY AND ALL RIGHTS TO FILE THE SAME ON MONDAY, DECEMBER 17, 2012.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of December, 2012, a true and correct copy of the foregoing Defendant Schlumberger Technology Corporation's, Consol Energy, Inc., CNX Gas Company, LLC, and CNX Gas Corporation Motion *in Limine* to Exclude the Report and Testimony of Richard Lipsey, Ph.D., was served upon the parties via the Court's CM/ECF system as follows:

Tate J. Kunkle, Esq.
Napoli Bern Ripka & Associates, LLP
350 Fifth Avenue, Suite 7413
New York, NY 10118
*Attorney for Plaintiff*

Lisa Furbee Ford, Esq.
217 East Main Street
Clarksburg, WV 26301
*Attorney for Plaintiff*

Corey T. Zurbach, Esq.
Frascona, Joiner, Goodman and Greenstein, P.C.
4750 Table Mesa Drive
Boulder, Colorado 80305
*Attorney for Plaintiff*

Peter W. Thomas, Esq.
0039 Boomerang Road, Suite 8130
Aspen, CO 81611
*Counsel for Plaintiff*

Robert J. D'Anniballe, Jr., Esq.
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
333 Penco Road
Weirton, WV 26062
*Attorney for Defendant SOS Staffing Services*

                                          /s/ Mary Pat Statler
                                      Ricklin Brown, Esq. (WVSB #500)
                                      Mary Pat Statler, Esq. (WVSB #11456)
                                      Bailey & Glasser, LLP
                                      209 Capitol Street
                                      Charleston, West Virginia 25301
                                      Phone:  (304) 345-6555
                                      Facsimile: (304) 342-1110